641 S.E.2d 24

**The STATE, Petitioner/Respondent,**

v.

**Kwasi Roosevelt TUFFOUR, Respondent/Petitioner.**

Supreme Court of South Carolina.

Jan. 19, 2007.

## ORDER

On October 4, 2006, we granted certiorari to review the decision of *State v. Tuffour*, 364 S.C. 497, 613 S.E.2d 814 (Ct.App.2005). Subsequently, Tuffour pled guilty to a lesser-included offense and was sentenced to time served under the same indictment which was the subject of Tuffour's 2002 conviction and this appeal. Therefore, we dismiss the petitions for a writ of certiorari and vacate the Court of Appeals' opinion. Additionally, we vacate Tuffour's 2002 conviction, and vacate our prior order dated December 19, 2006.

IT IS SO ORDERED.

/s/ Jean H. Toal, C.J.

/s/ James E. Moore, J.

/s/ John H. Waller, Jr., J.

/s/ E.C. Burnett, III, J.

/s/ Costa M. Pleicones, J.